UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| DAVID L. CLEVELAND | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. |  |  |
|  | ) | Civil Action No. 13-cv-1627 |
|  |  | (RBW) |
|  | ) |  |
| UNITED STATES | ) |  |
| DEPARTMENT OF STATE | ) |  |
| Defendant, | ) |  |
| _____ | ) |  |

PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS
===

Plaintiff David L. Cleveland, ("Plaintiff"), by and through undersigned counsel, respectfully moves for judgment on the pleadings, as per Civil Rule 12( c).

Dated: December 2, 2013    Respectfully submitted,

/s/ David L. Cleveland
DAVID L. CLEVELAND
Attorney for Plaintiff    DC Bar # 424209
924 G Street, NW  Washington, DC 20001
[202] 772-4345  Fax: [202] 386-7032
1949.david@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID L. CLEVELAND )<br>　　　Plaintiff, )<br> )<br>v. )<br> )<br> )<br>UNITED STATES )<br>DEPARTMENT OF STATE )<br>　　　Defendant, )<br>_____ ) | Civil Action No. 13-cv-1627<br>(RBW) |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff , by and through undersigned counsel, respectfully submits this memorandum in support of his motion for judgment on the pleadings.

### SUMMARY OF FACTS

Plaintiff made a FOIA request to defendant Department of State [DOS] about 450 days ago. The DOS has still not answered.

The DOS admitted these facts in its Answer [ECF #9] at ¶ 11 and ¶ 14.

## THE DOS HAS VIOLATED THE FREEDOM OF INFORMATION ACT

Civil Rule 12 ( c) provides that "After the pleadings are closed- but early enough not to delay trial- a party may move for judgment on the pleadings."

Defendant DOS admits it has not provided any documents whatsoever to plaintiff. Defendant does not appear to be concerned about this lack of response.

Defendant has still not made a "determination" as to whether it will comply with Plaintiff's request. Defendant has still not notified Plaintiff of any "reasons" for its inaction. Thus, Defendant has violated 5 U.S.C. § 552(a)(6)(A)(i). This statute "does not allow agencies to keep FOIA requests bottled up for months or years on end while avoiding any judicial oversight." *Citizens for Responsibility and Ethics in Washington v. Federal Election Commission,* 711 F.3d 180, 190 (D.C.Cir. 2013).

Compliance with the statutory deadlines "is a burden that Congress expects agencies to bear." *Nat'l Sec. Counselors v. CIA,* 2013 U.S. Dist LEXIS 115184, *92 (D.D.C. 2013). "Nowhere in FOIA did Congress contemplate government sitting on its hands for months at a time and doing

3

nothing." *Coleman v. DEA*, 714 F.3d 816, 828 (4th Cir. 2013).

For the forgoing reasons, Plaintiff respectfully requests that his Motion for Judgment on the Pleadings be granted. A proposed order is attached.

Dated: December 2, 2013        Respectfully submitted,

/s/ David L. Cleveland
DAVID L. CLEVELAND
Attorney for Plaintiff
DC Bar # 424209
924 G Street, NW
Washington, DC 20001
[202] 772-4345  Fax: [202] 386-7032
1949.david@gmail.com