UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DAVID L. CLEVELAND                  )
        Plaintiff,              )
                                    )
  v.                                )
                                    )   Civil Action No. 13-cv-1627
                                    )              (RBW)
                                    )
UNITED STATES                       )
DEPARTMENT OF STATE                 )
        Defendant,              )
_____ )

## ORDER

Having considered Plaintiff's Motion for Judgment on the Pleadings, it is, this _____ day of _____, 2013,

ORDERED that Plaintiff's motion is granted.

SO ORDERED.

                                              _____

                                         UNITED STATES DISTRICT JUDGE